Civil Action No. 2:21-cv-00996-JS-AYS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This SUMMONS and SECOND AMENDED COMPLAINT – CLASS ACTION for <u>Law Office of Cohen & Jaffe LLP</u> was received by me on *July 7, 2021*.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the SUMMONS and SECOND AMENDED COMPLAINT – CLASS ACTION on <u>Felicia</u>, who is designated by law to accept service of process on behalf of <u>Law Office of Cohen & Jaffe LLP</u> on *(date)* <u>Fri, Jul 23 2021</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 07/25/2021

*Server's signature*

Allison Brand

*Printed name and title*

PO BOX 1729, Huntington, NY 11743

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 23, 2021, 3:30 pm EDT at 2001 MARCUS AVE Suite W295, NEW HYDE PARK, NY 11042 received by Felicia. Age: 40; Ethnicity: African American; Gender: Female; Weight: 145; Height: 5'4"; Hair: Black; Relationship: Receptionist;